IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TERRIE LINDA DUNCAN**                                                                **PLAINTIFF**

**VERSUS**                                                       **CAUSE NO. 4:09CV40-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                           **DEFENDANT**

## ORDER DISMISSING CASE

Before the court is the claimant's motion (# 18) to dismiss this case. In support of the motion, the claimant simply states that she and her counsel wish to dismiss this case and that no party will be prejudiced. The court, having been advised by counsel for the defendant that there is no objection to the motion, finds it should be granted. Therefore, it is

**ORDERED** that the claimant's motion to dismiss is hereby **GRANTED**, and this case is dismissed without prejudice pursuant to FED.R.CIV.P. 41(a)(2).

THIS, the 24th day of November, 2009.

                                                             /s/ David A. Sanders
                                                             **UNITED STATES MAGISTRATE JUDGE**